**Order entered July 7, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00106-CV**

**LAFAYETTE NELSON III, Appellant**

**V.**

**EGYPTIAN MAGIC SKIN CREAM, LLC, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16833**

**ORDER**

Appellant's motion dated July 3, 2021, and filed July 6, 2021, for leave to supplement the record with audio tapes is **DENIED**.

/s/     LANA MYERS
JUSTICE